IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES MASON
(ADC # 07013)                                                                                    PLAINTIFF

V.                            Civil No. 6:13-cv-06110-SOH-MEF

CORIZON, INC.,
ARIC SIMMONS, APN, and
WANETTA CLOWERS, APN                                                                DEFENDANTS

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before this Court is Defendants' Motion to Dismiss for Failure to Substitute a Proper Party filed on April 6, 2016. (Doc. 76) On January 4, 2016, Defendants filed a Suggestion of Death advising that Plaintiff, James Mason, died on or about January 1, 2016. (Doc. 73)

Rule 25 of the Federal Rules of Civil procedure governs the substitution of parties after death, and it provides in part, "[i]f the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a)(1). The Advisory Committee Notes for this rule make clear that the time does not begin to run until the death is suggested on the record by service of a statement of the fact of death. *Id*. In the present case, Defendants' counsel filed a Suggestion of Death on January 4, 2016. (Doc. 73) Plaintiff's successor or personal representative had 90 days from that date, or until April 4, 2016, to file a motion to substitute. No such motion to substitute has been filed with the Court.

Accordingly, the undersigned must recommend that Defendants' Motion to Dismiss for Failure to Substitute a Proper Party (Doc. 76) be GRANTED, and that this case be dismissed pursuant to Fed. R. Civ. P. 25(a).

**The parties have fourteen (14) days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 19th day of April, 2016.

                                                    /s/ Mark E. Ford
                                                  HONORABLE MARK E. FORD
                                                  UNITED STATES MAGISTRATE JUDGE