IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES MASON                                                                                       PLAINTIFF

v.                                       Case No. 6:13-cv-6110

CORIZON, INC; ARIC SIMMONS, APN;
and WANETTA CLOWERS, APN                                                           DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed April 19, 2016 by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 78). Judge Ford recommends that Defendants' Motion to Dismiss for Failure to Substitute a Proper Party filed April 6, 2016 (ECF No. 76) be **GRANTED**.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation *in toto*. Accordingly, Defendants' Motion to Dismiss for Failure to Substitute a Proper Party (ECF No. 76) is hereby **GRANTED**.

**IT IS SO ORDERED**, this 10th day of May, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge